MARY PEARSALL, as Administratrix, etc., of HARRY LATHAM PEARSALL, Deceased, Appellant, v. ERIE RAILROAD COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELDERT L. CONKLIN, Appellant, v. EDWARD F. BOYLE and Others, Constituting the Board of Elections of the City of New York, Respondents.— Order affirmed, upon the grounds (1) that the writ would be inoperative; (2) that the Court of Appeals decided that the special election should be held, and that it was the duty of the Governor to order it. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.*

WILLIAM A. SCHWALBACH, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

## FOURTH DEPARTMENT, APRIL, 1917.

JOSEPH M. EGLOFF, Appellant, v. EDWARD C. TANGER, Respondent.— Judgment affirmed, with costs. All concurred.

SYRACUSE LIGHTING COMPANY, Respondent, v. MARYLAND CASUALTY COMPANY, Appellant.—Judgment and order affirmed, with costs. All concurred, except Merrell, J., who dissented.

JOHN W. COOK, Respondent, v. EDWARD G. SHATTLE, Appellant.— Order reversed, with costs, and verdict of jury reinstated, with costs. All concurred.

AMERICAN NATIONAL BANK OF BENTON HARBOR, MICHIGAN, Respondent, v. GEORGE R. BROWN, Sheriff of Monroe County, and Others, Appellants. — Judgment affirmed, with costs. All concurred.

WILLIAM A. QUAST, Respondent, v. FIDELITY MUTUAL LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK LA POINT, Appellant.— Judgment of conviction and orders affirmed. All concurred.

* See *Matter of Mitchell* v. *Boyle* (219 N. Y. 242); *People ex rel. Conklin* v. *Boyle* (98 Misc. Rep. 364).— [REP.